UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. DOMINIC GUTIERREZ               Docket Number: 10-cr-00080-PAB-01

**Petition for Compliance Review Hearing**

COMES NOW, James Murphy, probation officer of the Court, presenting an official report upon the conduct and attitude of Dominic Gutierrez, who was placed on supervision by the Honorable M. Christina Armijo, sitting in the Court at Albuquerque, New Mexico, on the 19th day of October 2004, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.      The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement.  The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the probation office.

2.      The defendant must participate in an educational or vocational program as approved by the probation officer.

3.      The defendant must submit to a search of his person, property, or automobile under his control to insure compliance with all conditions of supervision.  He must inform any residents that the premises may be subject to a search.

4.      The defendant must refrain from the use and possession of alcohol and other forms of intoxicants.  He must not frequent places where alcohol is the primary item for sale.

5.      The defendant must participate in and successfully complete a mental health treatment program which may include drug testing, outpatient counseling, residential placement, or prescribed medication as approved by the probation officer.  The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the probation office.

**On February 5, 2010, jurisdiction was transferred from the District of New Mexico to the District of Colorado.  The Honorable Philip A. Brimmer now presides over this case.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a Summons for a Compliance Review Hearing.

ORDER OF THE COURT

Considered and ordered this  28th  day of May, 2010, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ James M. Murphy
James M. Murphy
U.S. Probation Officer

s/Philip A. Brimmer
Honorable Philip A. Brimmer
U.S. District Judge

Place: Colorado Springs, Colorado
Date: May 12, 2010

# ATTACHMENT

On March 16, 2010, I notified Your Honor that on November 2, 2009, the defendant was arrested by the Pueblo Police Department, Pueblo, Colorado, and charged with Aggravated Robbery. He was able to post bond on November 15, 2009. The defendant has been charged in Pueblo County Court, Case Number 2009-CR-01643 with: Count One, Attempted Aggravated Robbery Real/Simulated Weapon. His next scheduled court date is June 21, 2010.

The Court in New Mexico was notified of the arrest and a Transfer of Jurisdiction was initiated. The case was transferred from the District of New Mexico to the District of Colorado and assigned to Your Honor on February 4, 2010.

On March 16, 2010, I notified Your Honor that the defendant submitted a urine sample on January 27, 2010, which tested positive for the use of cocaine. On February 4, 2010, I confronted the defendant regarding this positive urine specimen. The defendant admitted to me that he had used cocaine on one occasion. He told me that he was in the wrong place at the wrong time and took a "hit" when it came around the table. No Court intervention was requested at that time but the Court ordered that a Compliance Review Hearing be scheduled.

The defendant tested positive for the use of cocaine on March 4, 2010. On March 18, 2010, I met with the defendant at his home and confronted him about the positive urine specimen. He admitted to using cocaine but would not give me any specifics. I informed him that the Court would be notified of his recent use of illegal substances and instructed him to speak to his counselor about his ongoing issues and drug use.

The defendant tested positive for the use of cocaine again on March 29, 2010. On April 6, 2010, I met with the defendant at his home and confronted him about the positive urine sample. He admitted to me that he had been using cocaine and that he was trying to address the issue through his counselor at Bridge to Awareness. Defendant completed a Financial Affidavit for appointment of counsel on this date.

On April 16, 2010, the Federal Public Defenders Office was appointed to represent the defendant in this matter.

The defendant has most recently tested positive for the use of marijuana on April 7, 2010; April 15, 2010; April 26, 2010, and May 3, 2010. He has admitted to me that he is using marijuana at least once a week.

Defendant has been notified that the Court has ordered a Compliance Review Hearing to address his continued noncompliance.