IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00080-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DOMINIC GUTIERREZ,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Petition for Compliance Review Hearing [Docket No. 8]. It is

    ORDERED that It is ORDERED that a hearing on the petition [Docket No. 8] is set for **July 2, 2010 at 9:15 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED May 28, 2010.